UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff,

        v.                                Case No.  1:06cr139-9

Stanley Byrd,                        Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on Defendant's *pro se* Motion to Terminate Defendant's Supervised Release Term (Doc. 449); and the Government's Response (Doc. 450) thereto.   This matter is now ready for review.

Pursuant to the Government's Response (Doc. 450), and with the consult of Probation, the defendant has complied with all the requirements of supervised release and is therefore permitted to be terminated from supervision.

Accordingly, the Defendant's *pro se* Motion (Doc. 450) is **GRANTED**.

**IT IS SO ORDERED.**

                                      *s/Michael R. Barrett*
                                      Michael R. Barrett
                                      United States District Judge